# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM JOSEPH ROMERO,** | NO. EDCV 12-1859-JVS (MAN) |
|     Petitioner, | |
| v. | JUDGMENT |
| **RON BARNES,** | |
|     Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 17, 2015.

*[signature]*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE